## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM MORGAN, an Individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: CIV-25-36-JFH-GLJ |
| IMANI EXPRESS, LLC, ) | |
| a Foreign Corporation; ) | |
| MUEZ GEBREHIWOT HAGDU, ) | |
| an Individual. ) | |
| ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWERS

Defendants Muez Gebrehiwot Hadgu and Imani Express, LLC, by counsel, submit this Unopposed Motion for Leave to Amend Answers. In support, Defendants submit the following:

1. Plaintiff filed this action in the United States District Court for the Eastern District of Oklahoma against Defendants on February 6, 2025. Defendant Hadgu filed his Answer on April 22, 2025 and Defendant Imani Express, LLC filed its Answer on May 14, 2025.

2. Defendants now seek leave from this Court to file Amended Answers in order to admit liability for causing the subject accident.

3. Defense counsel asked Plaintiff's counsel if Plaintiff objected to this Motion, and Plaintiff's counsel has advised that Plaintiff does not object to the requested relief.

4.    At this time, the parties have exchanged written discovery, but no depositions have been taken to date. Thus, the requested relief should not impact the current deadlines.

5.    A proposed Order is submitted contemporaneously herewith, and the proposed Answers are attached hereto as Exhibits 1 and 2.

WHEREFORE, Defendants Muez Gebrehiwot Hadgu and Imani Express, LLC respectfully request that this Court grant leave to file Amended Answers to Plaintiff's Complaint.

Respectfully Submitted,

s/ Hailey M. Hopper
Hailey M. Hopper, OBA #31093
Jason E. Marshall, OBA #30156
PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN, L.L.P.
1109 North Francis / P.O. Box 26350
Oklahoma City, OK  73126-0350
405-235-1611 – Phone
405-235-2904 – Fax
hhopper@piercecouch.com
jmarshall@piercecouch.com
***Attorneys for Defendants Imani Express, LLC and Muez Gebrehiwot Hadgu***

## CERTIFICATE OF SERVICE

     I hereby certify that on September 30, 2025, I electronically transmitted the above document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Donald E. Smolen, II
Smolen | Law, PLLC
611 S. Detroit Avenue
Tulsa, OK  74120
don@smolenlaw.com
***Attorney for Plaintiff,***
***William Morgan***

                                *s/ Hailey M. Hopper*
                                Hailey M. Hopper